UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER SCOTT WHITMORE,

      Plaintiff,

      v.                            Case No. 26-CV-94

WISCONSIN DEPARTMENT OF CORRECTIONS,

      Defendant.

---

## ORDER

---

Plaintiff Christopher Scott Whitmore is currently incarcerated at Oshkosh Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. Plaintiff is proceeding on Americans with Disability Act and Rehabilitation Act claims against Defendant the Wisconsin Department of Corrections based on allegations that the Wisconsin Department of Corrections refused to accommodate his hearing impairment. On June 4, 2026, Plaintiff filed a "Memorandum of Law - Prison Civil Rights Violations." Plaintiff's memorandum of law appears to be an attempt to supplement the allegations contained in his complaint. Plaintiff's supplement fails to comply with the district's local rules governing amendment of pleadings. Civil Local Rule 15(a) states, "Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference."

The Court will not allow Plaintiff to supplement his complaint to include additional allegations of civil rights violations against the Wisconsin Department of Corrections. The addition of Plaintiff's supplement to the record makes it difficult "for the defendant to file a

responsive pleading and makes it difficult for the court to conduct orderly litigation." *Vicom, Inc. v. Harbridge Merchant Servs., Inc.*, 20 F.3d 771, 775–76 (7th Cir. 1994). Accordingly, Plaintiff's supplement (ECF No. 22) is **STRICKEN** from the record for failure to comply with Civil Local Rule 15.

Dated at Green Bay, Wisconsin on June 8, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2